AO 440 (Rev. 8/01) Summons in a Civil Action

# DISTRICT COURT OF GUAM

ANTOLIN A. RIVERA, JR.,
       PLAINTIFF,
       V.

GUAM SANKO TRANSPORTATION, INC.,
       DEFENDANT.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **05-00034**

FILED
DISTRICT COURT OF GUAM
NOV 2 8 2005
MARY L.M. MORAN
CLERK OF COURT

TO: (Name and address of Defendant)

    GUAM SANKO TRANSPORTATION, INC.
    340 SOUTH MARINE DRIVE
    POST OFFICE BOX 8562
    TAMUNING, GUAM 96931
    TEL: (671) 646-6091

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Phillip Torres, Esq., Teker Torres & Teker, P.C., 130 Aspinall Avenue, Suite 2A, Hagatna, Guam 96910

an answer to the complaint which is served on you with this summons, within   __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

NOV 1 8 2005

CLERK                                            DATE

(By) DEPUTY CLERK

ORIGINAL

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 22 Nov. 2005 |
| NAME OF SERVER (PRINT) Daniel Edward Q. Hanibusan | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Shuichi Kanamori

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  22 Nov. 05         [signature]
             Date                 Signature of Server

Suite 2A, 130 Aspinall Avenue Hagatna, Guam 96910
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**ORIGINAL**