TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Plaintiff*
  *Antolin A. Rivera, Jr.*

IN THE DISTRICT COURT OF GUAM

----------

| | | |
|---|---|---|
| ANTOLIN A. RIVERA, JR., | ) | CIVIL CASE NO. CIV 05-00034 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF DISMISSAL PURSUANT** |
| | ) | **TO RULE 41 OF THE FEDERAL** |
| GUAM SANKO TRANSPORTATION, INC., | ) | **RULES OF CIVIL PROCEDURE** |
| | ) | |
| Defendant. | ) | |

----------

Plaintiff, ANTOLIN A. RIVERA, JR., pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby dismisses his Complaint, with prejudice.

TEKER TORRES & TEKER, P.C.

DATED: December 5, 2005.

By: _____
PHILLIP TORRES, ESQ.
*Attorneys for Plaintiff*

C:\File3\RIVERA, ANTOLIN - GUAM SANKO\004.PLDG.wpd